■ In the Matter of JORGE SOROTE, a Suspended Attorney. [703 NYS2d 708] —Motion granted and petitioner reinstated as

an attorney and counselor-at-law in the State of New York, effective the date hereof, as indicated. Concur—Sullivan, J. P., Rosenberger, Wallach, Andrias and Saxe, JJ.